ROBERT B. SMITH, APPELLEE, V. GEORGE B. MCKAY,
APPELLANT.

FILED JANUARY 24, 1912. No. 16,641.

1. Appeal: CONFLICTING EVIDENCE. The finding of a jury on conflicting
evidence will not be disturbed on appeal unless manifestly wrong.

2. ———: HARMLESS ERROR. Rulings which did not prejudice appel-
lant in any way cannot be made grounds of reversal.

APPEAL from the district court for Dawson county:
BRUNO O. HOSTETLER, JUDGE. *Affirmed.*

*George C. Gillan* and *H. D. Rhea,* for appellant.

*T. M. Hewitt* and *W. A. Stewart, contra.*

ROSE, J.

The petition contains two causes of action. In the first
the sum of $343 is demanded for making a concrete foun-
dation and cement floor for a building in Lexington ac-
cording to the terms of an oral contract between plain-
tiff and defendant, and the second is a claim consisting
of four items, amounting to $16.75, for labor and ma-
terials furnished in locating and repairing the founda-
tion mentioned. Defendant in his answer admits that the
oral agreement was made, but alleges that plaintiff vio-
lated it by making the foundation too narrow for the
building planned. The second count is answered by a
plea of payment. Defendant also filed a cross-petition in
which he demanded $550 as damages for plaintiff's fail-
ure to make the foundation the specified width. The jury
found in favor of plaintiff on the first count for the full
amount of his claim, and on the second for $7.37. From a
judgment for the sum of these amounts and interest de-
fendant has appealed.

It is argued as a ground of reversal that the evidence
is insufficient to sustain the verdict. The principal ques-

tion litigated is: Did the foundation and floor as completed conform to the stipulated dimensions? On conflicting proof, with abundant evidence to sustain the verdict, the jury determined that issue in favor of plaintiff, and thereby settled it for the purposes of review.

In relation to the claim for damages pleaded in the cross-petition, defendant complains of instructions and of rulings on evidence. If the trial court made mistakes in those particulars, the errors were harmless, because the jury found on an issue properly submitted that plaintiff did not violate the oral agreement in any way. Since it is established that plaintiff complied with the contract, defendant is not entitled to recover damages based solely on allegations that he violated it. No prejudicial error appearing, the judgment is

AFFIRMED.